AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 6/11/2007 |

| Name of SERVER | TITLE |
|---|---|
| Lorie Jane Enlow | Legal Assistant |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):
Jocelyn Lopez Wright, Office of Immigration Litigation, Department of Justice/Civil Division, P.O Box 878, Ben Franklin Station, Washington, D.C 20044

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    6/11/2007
         Date

Signature of Server: *Lorie Jane Enlow*

180 Sutter St, San Francisco, CA
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure