AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 7/9/2007 | |
| Name of SERVER Lorie Jane Enlow | TITLE Legal Assistant | |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify)*: Ms. Ila Deiss, United States Attorney's Office, 450 Golden Gate Avenue, 11th Floor, San Francisco, CA 94102

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____7/9/2007_____
            *Date*

_____one ane Glow_____
*Signature of Server*

Van Der Hout, Brigagliano
*Address of Server* & Nightingale
180 Sutter st. 5th Floor
San Francisco, CA 94104

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure