1 Zachary Nightingale (California Bar #184501)
Marc Van Der Hout (California Bar #80788)
2 Avantika Shastri (California Bar #233453)
Van Der Hout, Brigagliano & Nightingale, LLP
3 180 Sutter Street, Fifth Floor
San Francisco, California 94104
4 Telephone: (415) 981-3000
Facsimile: (415) 981-3003
5 Email: ndca@vblaw.com

6 Attorneys for Plaintiff
Preston MAGIYA

7

8
UNITED STATES DISTRICT COURT FOR THE
9
NORTHERN DISTRICT OF CALIFORNIA
10
SAN FRANCISCO
11

12 Preston MAGIYA                                         Case No. 3:07-cv-02945-CRB

13     Petitioner,
                                                         **NOTICE OF ENTRY OF
14     v.                                                APPEARANCE OF
                                                         AVANTIKA SHASTRI**
15 Alberto GONZALES

16     Respondent.

17

18
    Defendant hereby gives notice of Avantika Shastri's entry of appearance as counsel of
19
record, in addition to Zachary Nightingale and Marc Van Der Hout, in the above-captioned case.
20

21
Dated: August 15, 2007                               Respectfully submitted,
22
                                                          /s/
23                                                   _____
                                                     Avantika Shastri
24                                                   Zachary Nightingale
                                                     Marc Van Der Hout
25                                                   Attorneys for Petitioner

26

27

28

Not. Appr. Avantika Shastri                                      Case No. 3:07-cv-02945-CRB