IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PRESTON MAGIYA,

    Plaintiff,

v.

ALBERTO GONZALEZ,

    Defendant.

No. C 07-2945CRB

**Clerk's Notice**

YOU ARE NOTIFIED THAT the Court has rescheduled the initial case management conference currently on calendar for 8:30 on October 5, 2007 to **1:30 p.m. on Friday, October 5, 2007** before the Honorable Charles R. Breyer. The case management statement shall be due on September 21, 2007.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: September 5, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
    Barbara Espinoza
    Courtroom Deputy