Zachary Nightingale (California Bar #184501)
Marc Van Der Hout (California Bar # 80778)
Avantika Shastri (California Bar #233453)
Van Der Hout, Brigagliano & Nightingale, LLP
180 Sutter Street, Fifth Floor
San Francisco, California 94104
Telephone: (415) 981-3000
Facsimile: (415) 981-3003

Attorneys for Petitioner
Preston MAGIYA

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO

| | |
|---|---|
| Preston MAGIYA<br><br>    Petitioner,<br><br>    v.<br><br>Alberto R. GONZALES<br><br>    Respondents. | Case No. 3:07-cv-2945 CRB<br><br>**PETITIONER'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

1   Pursuant to Civil L.R. 3-16, the undersigned certifies that that as of this date, other than
2   the named parties, there is no such interest to report.

3
4   Date submitted:  September 25, 2007          Respectfully submitted,

5                                                 __/s/_____
                                                  Zachary Nightingale
6                                                 Marc Van Der Hout
                                                  Avantika Shastri
7                                                 Counsel for Petitioner

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE BY MAIL

I, Avantika Shastri, the undersigned, say:

I am over the age of eighteen years and not a party to the within action or proceedings; my business address is Van Der Hout, Brigagliano & Nightingale, LLP, 180 Sutter Street, Fifth Floor, San Francisco, CA 94104.

On September 25, 2007, I caused to be served the within:

**PETITIONER'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

on the opposing counsel by depositing one copy thereof, enclosed in a sealed envelope with postage fully pre-paid, in a mailbox regularly maintained by the United States Postal Service at San Francisco, California, addressed as follows:

>Ila Deiss
>Assistant United States Attorney
>450 Golden Gate Avenue, Box 36055
>San Francisco, California 94102

Executed on September 25, 2007, at San Francisco, California. I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct.

>/s/
>Avantika Shastri
>Declarant