SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Respondent

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PRESTON MAGIYA, | ) No. C 07-2945 CRB |
|        Petitioner, | ) |
| v. | ) **NOTICE OF APPEARANCE** |
| ALBERTO R. GONZALES, Attorney General of the United States, | ) |
|        Respondent. | ) |

    PLEASE TAKE NOTICE that representation of the Respondent in the above-entitled proceeding will be by Ila C. Deiss, Assistant United States Attorney.

Dated: September 25, 2007                       Respectfully submitted,

                                                   SCOTT N. SCHOOLS,
                                                   United States Attorney

                                                   _____/s/_____
                                                   ILA C. DEISS
                                                   Assistant United States Attorney

Notice of Appearance
C07-2945 CRB