**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **October 5, 2007**

**C-07-02945 CRB**

**PRESTON MAGIYA  v.  ALBERTO R. GONZALES**

Attorneys:    Zachary Nightingale          Ila Deiss

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: **N/A**

**PROCEEDINGS:**                                                                 **RULING:**

1. Initial Case Management Conference    -    Held

2. 

3. 

**ORDERED AFTER HEARING:**

Court adopts party's schedule

( ) ORDER TO BE PREPARED BY:    Plntf _____  Deft _____  Court _____

( ) Referred to Magistrate Judge For: _____

( ) CASE CONTINUED TO _____    for _____

Discovery Cut-Off _____          Expert Discovery Cut-Off _____

Plntf to Name Experts by _____       Deft to Name Experts by _____

P/T Conference Date April 15, 2008 @ 2:30 p.m. Trial Date April 21, 2008 @ 8:30 a.m. Set for _____ days
                                Type of Trial:  ( )Jury    (X)Court

Notes: _____