```
1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  PATRICIA M. CORRALES, CSBN 183249
   Office of Immigration Litigation
6  U.S. Department of Justice
   Civil Division
7  C/O  Department of Homeland Security
        Immigration and Customs Enforcement
8       Room 8108, Federal Building
        300 North Los Angeles Street
9       Los Angeles, California 90012
        Telephone: (213) 894-8627
10      Facsimile: (213) 894-2648
        E-Mail: Patricia.Corrales@DHS.gov
11
   Attorneys for Respondent
12 Michael B. Mukasey
```

UNITED STATES DISTRICT COURT

FOR THE Northern DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESTON MAGIYA,           ) | NO. CV 3:07-CV-2945 CRB |
|                           ) | |
|       Petitioner,         ) | |
|                           ) | |
|       v.                  ) | NOTICE OF APPEARANCE |
|                           ) | |
| MICHAEL B. MUKASEY        ) | |
|                           ) | |
|                           ) | |
|       Respondent.         ) | |
|_____) | |

     TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

     PLEASE TAKE NOTICE, Respondent, Michael B. Mukasey, gives notice that within the Office of the United States Attorney for the Northern District of California, the following attorney has been assigned as co-counsel:

1  PATRICIA M. CORRALES
   Attorney
2  Department of Homeland Security
   Immigration And Customs Enforcement
3  Room 8108, Federal Building
   300 North Los Angeles Street
4  Los Angeles, California  90012
   Telephone: (213) 894-8627
5  Facsimile: (213) 894-2648

6  Any documents other than a summons and complaint may be

7  served upon the ICE Attorney, PATRICIA M. CORRALES, at said

8  address.

9  DATED: December 5, 2007.

10

11

                               _____/s/_____
12                             PATRICIA M. CORRALES
                               Attorney
13                             Department of Homeland Security
                               Immigration and Customs Enforcement
14                             Attorneys for Defendant