SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NYSBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Respondent

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PRESTON MAGIYA,<br>                Petitioner,<br><br>        v.<br><br>MICHAEL MUKASEY, Attorney General<br>of the United States,<br>                Respondent. | Case No. 07-2945 CRB<br><br>**STIPULATION TO EXTEND DATES; AND [PROPOSED] ORDER** |

    This immigration matter is before the Court for a determination on Petitioner's nationality. Subject to the approval of this Court, Petitioner Preston Magiya and Respondent Michael Mukasey, the Attorney General of the United States, by and through their undersigned counsel, hereby stipulate to extend the pretrial dates in the above entitled action for about sixty days. No previous extensions of times have been requested of the Court in this matter.

    The discovery in this case has been complicated by the fact that some discovery being sought is from international entities and some of the documentation sought to be discovered by both parties dates back over twenty years. Discovery is currently set to close on December 28, 2007, and the parties believe that client and judicial resources can be preserved by allowing these proposed short extensions of time. A trial date continuance is also being requested subject to the Court's schedule.

1  THEREFORE; the dates for the following activities are extended to:

2     a.  **February 8, 2008**: Deadline for completion of fact discovery

3     b. **May 9, 2008**: Final hearing date for dispositive motions (10:00 a.m.)

4     c. **June 2, 2008**: Joint pretrial statement due

5     d. **June 9, 2008**: Pretrial conference (2:30 p.m.)

6     e. **June 16, 2008**: Trial (8:30 a.m.)

7  **IT IS SO STIPULATED.**

9  DATED: December 21, 2007       /s/
                                              ZACHARY NIGHTINGALE
10                                                   Attorney for Petitioner

12  DATED: December 21, 2007       SCOTT N. SCHOOLS
                                                  United States Attorney

14                                                   /s/
                                                  ILA C. DEISS
15                                                   Assistant United States Attorney
                                                  Attorneys for Respondent

18  **APPROVED AND SO ORDERED.**

20  Dated: _____
                                                  CHARLES R. BREYER
21                                                  United States District Judge