1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NYSBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169
7
Attorneys for Respondent
8
UNITED STATES DISTRICT COURT
9
NORTHERN DISTRICT OF CALIFORNIA
10
SAN FRANCISCO DIVISION
11
PRESTON MAGIYA,                               )
12                                             ) Case No. 07-2945 CRB
                  Petitioner,                  )
13                                             )
                                               ) **STIPULATION TO EXTEND DATES;**
14        v.                                   ) **AND [PROPOSED] ORDER**
                                               )
15 | MICHAEL MUKASEY, Attorney General         )
of the United States,                          )
16                                             )
                  Respondent.                  )
17 |_____ )

18    This immigration matter is before the Court for a determination on Petitioner's nationality.

19 Subject to the approval of this Court, Petitioner Preston Magiya and Respondent Michael

20 Mukasey, the Attorney General of the United States, by and through their undersigned counsel,

21 hereby stipulate to extend the pretrial dates in the above entitled action for about sixty days.  No

22 previous extensions of times have been requested of the Court in this matter.

23    The discovery in this case has been complicated by the fact that some discovery being sought is

24 from international entities and some of the documentation sought to be discovered by both parties

25 dates back over twenty years.  Discovery is currently set to close on December 28, 2007, and the

26 parties believe that client and judicial resources can be preserved by allowing these proposed short

27 extensions of time.  A trial date continuance is also being requested subject to the Court's

28 schedule.

1  THEREFORE; the dates for the following activities are extended to:

2      a. **February 8, 2008**: Deadline for completion of fact discovery

3      b. **May 9, 2008**: Final hearing date for dispositive motions (10:00 a.m.)

4      c. **June 2, 2008**: Joint pretrial statement due

5      d. **June 9, 2008**: Pretrial conference (2:30 p.m.)

6      e. **June 16, 2008**: Trial (8:30 a.m.)

7  **IT IS SO STIPULATED.**

9  DATED: December 21, 2007      /s/
    ZACHARY NIGHTINGALE
10     Attorney for Petitioner

12 DATED: December 21, 2007      SCOTT N. SCHOOLS
    United States Attorney

14      /s/
    ILA C. DEISS
15     Assistant United States Attorney
    Attorneys for Respondent

18 **APPROVED AND SO ORDERED.**

20 Dated: December 28, 2007

21     CHARLES R. BREYER
    United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*

Stipulation to Extend Dates; and Proposed Order      2