UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PRESTON MAGIYA, )<br>          Petitioner, )<br>                       )<br>      v.                     )<br>MICHAEL B. MUKASEY, Attorney General )<br>of the United States of America, )<br>          Respondent. )<br>_____ ) | Case No. C 07-2945 CRB<br><br>**[PROPOSED] ORDER** |

This case was transferred to this Court from the United States Court of Appeals for the Ninth Circuit for a <u>de novo</u> determination of Petitioner's citizenship. 8 U.S.C. § 1252(b)(2)(B). Since then, the Court has allowed the parties substantial time to develop the factual and legal bases for their positions. Pending before the Court is Respondent's Motion for Summary Judgment.

Having conducted the <u>de novo</u> determination regarding Petitioner's claim of U.S. citizenship as requested by the Ninth Circuit,

IT IS HEREBY ORDERED that Respondent's Motion for Summary Judgment is GRANTED and Petitioner's claim of citizenship is denied. The Clerk of the Court shall terminate this action accordingly.

IT IS FURTHER ORDERED that this matter is returned to the United States Court of Appeals for the Ninth Circuit for further proceedings in Petition for Review No. 05-70297.

Dated: _____

                                        CHARLES R. BREYER
                                        United States District Judge