UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PRESTON MAGIYA,<br><br>    Petitioner,<br><br>    v.<br><br>MICHAEL B. MUKASEY, Attorney General of the United States of America,<br><br>    Respondent. | Case No. C 07-2945 CRB<br><br>**DECLARATION OF ILA C. DEISS IN SUPPORT OF RESPONDENT'S MOTION FOR SUMMARY JUDGMENT** |

Pursuant to Local Rule 7-5 and 28 U.S.C. § 1746, I, Ila C. Deiss, declare as follows:

1. I am employed as an Assistant United States Attorney for the Northern District of California and have been assigned *Magiya v. Mukasey*, Case No. C 07-2945 CRB. As such, I have personal knowledge of the following facts and could testify regarding these facts if called to do so.

2. The Department of Justice's Office of Immigration Litigation has provided me with a true and correct copy of the certified administrative record that was filed in 2005 with the Ninth Circuit Court of Appeals in connection with Magiya v. Mukasey, Petition for Review No. 05-70297, marked as A.R. 1-872, excerpts of which are attached to this declaration.

3. Attached as Exhibit 1 is a true and correct copy of the Ninth Circuit Order for docket number 05-70297, filed on March 29, 2007.

4. Attached as Exhibit 2 is a true and correct copy of the Order to Show Cause, Notice of Hearing and Warrant for Arrest of Alien, dated April 22, 1988.

5. Attached as Exhibit 3 is a true and correct copy of the Record of Deportable Alien, dated February 16, 1988.

6. Attached as Exhibit 4 is a true and correct copy of the Oral Decision of the Immigration Judge, dated May 2, 1988.

7. Attached as Exhibit 5 is a true and correct copy of the Declaration of Debbie Balsley, Chief, Registration Section of the California Office of Vital Records.

Declaration of Ila C. Deiss
C07-2945 CRB                                1

8. Attached as Exhibit 6 is a true and correct copy of the Decision of the Board of Immigration Appeals, dated August 3, 1992.

9. Attached as Exhibit 7 is a true and correct copy of the Additional Charges of Deportability dated, May 27, 1998.

10. Attached as Exhibit 8 is a true and correct copy of the Memorandum of Oral Decision of the Immigration Judge, and excerpts from the hearing transcript, dated July 28, 1998,

11. Attached as Exhibit 9 is a true and correct copy of the Decision of the Board of Immigration Appeals, dated November 18, 2002.

12. Attached as Exhibit 10 is a true and correct copy of the Decision of the Immigration Judge, dated July 15, 2003.

13. Attached as Exhibit 11 is a true and correct copy of the Decision of the Board of Immigration Appeals, dated December 16, 2004.

14. Attached as Exhibit 12 is a true and correct copy of Petitioner's Initial Disclosures, dated September 12, 2007.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed under the laws of the United States on this 4th day of April 2008, in San Francisco, California.

                                                      /s/
                                      ILA C. DEISS
                                      Assistant United States Attorney