1
2
3
4
5

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| 6  Preston MAGIYA | Case No. C 07-2945 |
| 7       Petitioner, | **[Proposed] Order** |
| 8            v. | |
| 9  Michael B. MUKASEY | |
| 10      Respondent. | |

This case was transferred to this Court from the United States Court of Appeals for the Ninth Circuit for a de novo determination of Petitioner's citizenship.  8 U.S.C. § 1252(b)(5)(B). This Court finds that Respondent bears the burden of persuasion in these proceedings of showing that Petitioner is not a citizen by clear, convincing and unequivocal evidence.  See Woodby v. INS, 385 U.S. 276, 281 (1966).  Upon reviewing the briefs submitted in regards to Respondent's motion for summary judgment, this Court finds Respondent has not met his burden to show there are no genuine issues of material fact, and therefore denies the motion, and denies Respondent's request for transfer.

Dated: _____

_____
CHARLES R. BREYER
United States District Judge